IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL SAGI, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 14-280 |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 3rd day of April, 2014, the parties having filed a Stipulation of Settlement and Dismissal with Prejudice [ECF#7], wherein Plaintiff has dismissed this action with prejudice subject to this Court retaining jurisdiction to enforce the terms of this Stipulation, it is hereby ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice subject to this Court retaining jurisdiction to enforce the terms of this Stipulation.

The Clerk of Court shall mark this case CLOSED.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge